Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201, K&F Building
213 E. Buenavista Ave.
Dededo, Guam 96929
Telephone: 671-637-9620
Facsimile: 671-637-9660

**FILED**
DISTRICT COURT OF GUAM

SEP 0 9 2009

JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In Re:<br><br>JOEY FLORES<br><br>Debtor. | BC CASE NO. 09-000139<br><br>DEBTOR SUBMISSION OF<br>AMENDED SCHEDULE C |

Pursuant to Fed. R. Bankr. P. 1009, the Debtor in the above-captioned case hereby submits the attached document in the above case, and amends the subject petition by substituting the attached amended document for that originally filed.

Dated: 9/8/09

THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

BY: _____
MARK WILLIAMS, Esq.
Attorney for Debtor

ORIGINAL

B6C (Official Form 6C) (12/07)

IN RE Flores, Joey Obamos                                                       Case No. _____
            Debtor(s)                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Furniture and Household Goods | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| Clothing | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| 1995 Toyota 4x4 pickup truck | 11 USC § 522(d)(2) | 3,225.00 | 6,000.00 |
| | 11 USC § 522(d)(6) | 1,075.00 | |
| | 11 USC § 522(d)(5) | 700.00 | |