# DISTRICT COURT OF GUAM
Bankruptcy Division
520 West Soledad Avenue
4th Floor, U.S. Courthouse
Hagatna, Guam 96910

| IN RE: | ) | Case No.: 09-00139 |
| --- | --- | --- |
| | ) | Chapter: 7 |
| | ) | |
| JOEY OBAMOS FLORES | ) | ORDER APPROVING TRUSTEE'S |
| | ) | REPORT, DISCHARGING TRUSTEE, |
| | ) | and CLOSING CASE |
| Debtor(s) | ) | |
| | ) | |

Mark Heath, the duly appointed Chapter 7 Trustee of the Estate of the above-named Debtor(s), having filed his/her Report of No Distribution showing that he/she has administered all property of the Estate and that he/she has realized no cash funds from which he/she can make a distribution, and that as Trustee, he/she has performed all other duties required of him/her in the administration of this Estate, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Trustee's Report of No Distribution is hereby approved, that the Trustee is discharged and relieved of his/her trust and all further duties as Trustee, and that the case be closed.

Dated: November 30, 2009.

/s/ Frances M. Tydingco-Gatewood
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam